IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA NUXOLL,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DETECTIVE MARTIN CONNORS,<br>　　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  21-1030 |

## ORDER

**AND NOW**, this 1st day of July, 2022, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 17), Plaintiff's Response thereto (ECF No. 18), and Defendant's Reply (ECF No. 19), it is **HEREBY ORDERED** that said Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**